**FILED**

MAY 24 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICA SAINT-JEAN, et al., )
)
Plaintiffs, )   Civil Action No. 08-1769 (ABJ)
)
v. )   Date: May 22, 2017
)
THE DISTRICT OF COLUMBIA, )
)
Defendants, )

### ORDER OF STIPULATED DISMISSAL

Upon review of the Parties' Joint Stipulation of Dismissal, this Court hereby ORDERS that Plaintiff Dorlus's claims against Defendant in the above-captioned matter be DISMISSED, with prejudice.

It is FURTHER ORDERED that each Party will bear its own costs in this matter.

It is FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purpose of enforcement of the settlement agreement and stipulation reached by the parties on May 22, 2017 in this matter.

SO ORDERED.

U.S. District Court Judge