# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICA SAINT-JEAN, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 08-1769 (RWR/AK) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

<u>NOTICE WITHDRAWING MOTION FOR ATTORNEY'S FEES</u>

In light of the fact that the parties have settled Plaintiff Mica Saint-Jean's attorney's fees claim and payment has now been made pursuant to that settlement, Plaintiff files the following Notice withdrawing Motion for Attorney's Fees. Dkt No. 312.

Respectfully submitted,

/s/Richard Chaifetz
_____
Richard Chaifetz, Esq., Bar No.  38414
6700 Columbia Gateway Drive, Suite 200
Columbia, MD 21046

Michael P. Coyle
The Coyle Law Group
7061 Deepage Drive, Suite 101B
Columbia, MD 21045

Attorneys for Mica Saint-Jean

DATED:        October 31, 2018

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 31st day of October 2018, a copy of the foregoing document was served as follows:

<u>Via the Court's ECF system</u>:

Martha Mullen
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, D.C 20001

<u>Via Electronic Mail</u>:

Guerline Bourciquot
14115 Bauer Drive
Rockville, MD 20853
mguerlou@yahoo.com

/s/
_____
Michael P. Coyle

2