# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICA SAINT-JEAN, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1769 (ABJ) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

## AMENDED ORDER

On February 22, 2018, the Court entered judgment in favor of plaintiff Saint Jean under the D.C. Whistleblower Protection Act ("WPA") in the amount of $113,474.00, plus prejudgment interest on that amount at the rate of 4% per year; and judgment in her favor under the Fair Labor Standards Act ("FLSA") in the amount of $113,474.00 in liquidated damages minus an amount equal to the 4% prejudgment interest paid on the WPA claim.

The Court also entered judgment in favor of plaintiff Michel under the WPA in the amount of $7,708.14, plus prejudgment interest on that amount at the rate of 4% per year; and judgment in her favor under the FLSA in the amount of $7,708.14 in liquidated damages minus an amount equal to the 4% prejudgment interest paid on the WPA claim.

The Court then ordered the parties to calculate the interest amount.  It is hereby

**ORDERED** that plaintiff Saint Jean be awarded prejudgment interest on the judgment under the WPA in the amount of $44,388.66.  It is also

**ORDERED** that plaintiff Michel be awarded prejudgment interest on the judgment under the WPA in the amount of $3,490.67.  Therefore, it is

**ORDERED** that plaintiff Saint Jean be awarded $157,862.66 under the WPA, and $69,085.34 under the FLSA, for a total of $226,948.00; and plaintiff Michel be awarded $11,198.81 under the WPA, and $4,217.47 under the FLSA, for a total of $15,416.28.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　United States District Judge

DATE:  January 11, 2019